No. 63637.—Murbas Trading Co. *v*. United States, protests 280471–K and 281920–K (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects to that involved in *Dalton Cooper, Inc., et al.* v. *United States* (41 Cust. Ct. 271, C.D. 2051), the claim of the plaintiff was sustained.

DONLON, J., dissented for the reasons set forth in her dissenting opinion in C.D. 2051, *supra*.

# DECISIONS OF THE UNITED STATES CUSTOMS COURT

## Valuation Decisions on Remand from Protest Proceedings